```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,               :
                                        :          24-MAG-002 (JLC)
        -v-                             :
                                        :          ORDER
SHUKURULLO AKRAMOV,                     :
                                        :
                Defendant.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/9/2024

**JAMES L. COTT, United States Magistrate Judge.**

The Court has reviewed defense counsel's letter-motion dated January 9, 2024 in the above-captioned case (Dkt. No. 4) and hereby grants the requested relief. The United States Marshals Service is hereby directed to transport the defendant, Shukurullo Akramov, to the Western District of Texas <u>forthwith</u>. While the Court understands from defense counsel's letter-motion that the defendant is presently scheduled to be transported from New York on about February 14, 2024, a delay of more than one month until his transfer is not acceptable, given that the defendant is in custody for a violation of supervised release in circumstances that raise significant questions about his understanding of the violation itself, and what, if any, notice he was given of the violation. If the defendant has not been transported to the Western District of Texas by **January 24, 2024**, his counsel may renew his request and seek any other appropriate relief.

The Government is directed to provide a copy of this Order to the Marshals Service immediately and to file a letter on the docket indicating it has done so.

In an abundance of caution, the Court will separately enter a removal order,

1

also referred to as a "Commitment to Another District" order, directing the Marshals to transport the defendant to the Western District of Texas.[1]

**SO ORDERED.**

Dated: New York, New York
January 9, 2024

_____
JAMES L. COTT
United States Magistrate Judge

---

[1] For the record, this Court ordered that the defendant be released on his own recognizance because he had met his burden under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure. It is therefore ordering removal only at the request of the defendant, and not because it believes such an order is otherwise required in this case.